UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO. |
| | : | |
| v. | : | |
| | : | VIOLATIONS: |
| CHRISTOPHER COATES, | : | 36 C.F.R. § 1.5(c)(4) |
| | : | (Closures and Public Use Limits) |
| Defendant. | : | 36 C.F.R. § 1.5(c)(6) |
| | : | (Closures and Public Use Limits) |
| _____ | : | |

# I N F O R M A T I O N

The United States Attorney charges that:

## COUNT ONE

On or about October 12, 2014, in United States Reservation #332 (also known as the Jefferson Memorial and surrounding grounds), a boundary of federal land administered by and subject to the jurisdiction of the National Park Service and U.S. Park Police, in the District of Columbia, defendant **CHRISTOPHER COATES**, did unlawfully and intentionally climb a structure, a tree, which is prohibited by a United States regulation.

(**Closures and Public Use Limits**, in violation of Title 36, Code of Federal Regulations, Section 1.5(c)(4))

## COUNT TWO

On or about October 12, 2014, in United States Reservation #332 (also known the Jefferson Memorial and surrounding grounds), a boundary of federal land administered by and subject to the jurisdiction of the National Park Service and U.S. Park Police, in the District of Columbia, defendant **CHRISTOPHER COATES**, did unlawfully and intentionally attach equipment, tree climbing equipment and/or ropes, to a structure, a tree, which is prohibited by a United States regulation.

(**Closures and Public Use Limits**, in violation of Title 36, Code of Federal Regulations, Section 1.5(c)(4))

Respectfully Submitted,

RONALD C. MACHEN JR.
United States Attorney
D.C. Bar No. 447889

By: _____
ANGELA S. GEORGE
D.C. Bar No. 470567
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W., 4th Floor
Washington, D.C. 20530
(202) 252-7758
Angeala.George@usdoj.gov